

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CHE MANDRILL HOPKINS, | § | No. 08-21-00183-CR |
| Appellant, | § | Appeal from the |
| v. | § | 440th District Court |
| THE STATE OF TEXAS, | § | of Coryell County, Texas |
| State. | § | (TC# 19-25398) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 5, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stan Schwieger, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 5, 2022.

IT IS SO ORDERED this 2nd day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.